# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEVADA, a Nevada corporation, | CASE NO.:   2:13-cv-00597-APG-VCF |
| Plaintiff, | JUDGE:  Honorable Andrew P. Gordon |
| vs. | |
| DON P. CHAIREZ, an Individual, MARIA CHAIREZ, an individual; DOES 1 through 10, and ROE COMPANIES 11 through 20, inclusive, | |
| Defendants. | |

## JUDGMENT

Coming before the Court on January 22, 2014, during the Pre-Trial Conference, Plaintiff, BANK OF NEVADA by and through their attorneys of record, Michael D. Mazur, Esq. of Mazur & Brooks, A P.L.C. and Defendants, DON P. CHAIREZ and MARIA CHAIREZ by and through their attorneys of record, Jeffrey A. Cogan, Esq. of Jeffrey A. Cogan, Esq. LTD., hereby stipulate and agree as follows:

The Court will enter judgment pursuant to this stipulation:

1.   For the sum of $300,000.00 including principal, interest, and attorneys' fees as follows:

       a. Principal and interest in the amount of $287,001.11; and
       b. Attorneys' fees in the amount of $12,998.89.

    2. This Judgment shall bear interest at the contract rate from the date of entry of this Judgment until satisfied.

**IT IS SO ORDERED.**

DATED this 23rd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

DATED this 22 day of January 2014.

MAZUR & BROOKS, A P.L.C.

_____
MICHAEL D. MAZUR, Esq.
Nevada Bar Number: 011202
3203 E. Warm Springs Rd., Suite 500
Las Vegas, Nevada 89120

Attorneys for Plaintiff